# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Aziz Manteen-El, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00058-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Donna Price | ) | |
| R. Andrew Murray | | |
| Anna C. McMillan | | |
| Karen Eady-Williams | | |
| Kevin P. Tully | | |
| Irwin Carmichael | | |
| Richard D. Boner | | |
| Yvonne Mims Evans, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 12, 2015 Order.

February 12, 2015

Frank G. Johns, Clerk
United States District Court